## RUFUS SETH REED AND DeGARMO JONES *versus* WILLIAM L. COX

JOURNAL ENTRIES (1815): *Journal 2:* (1) Discontinued *p. 443.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return.
*Office Docket*, MS p. 11, c. 12; p. 36, c. 10.

## UNITED STATES *versus* JAMES MAY

JOURNAL ENTRIES (1815): *Journal 2:* (1) Declaration filed, rule to plead *p. 443; (2) plea of nil debet *p. 457; (3) transferred to court sitting as Circuit and District Court of U. S. *p. 476.
PAPERS IN FILE: (1) Precipe; (2) capias and return; (3) declaration, plea of nil debet; (4) memo. of statements of witnesses; (5–6) subpoenas; (7) verdict; (8) subpoena; (9) letter from John L. Leib to Richard Smyth; (10) precipe for execution fi. fa.; (11) memo. of payment on judgment; (12) letter from James May to Solomon Sibley; (13) receipt.
*Office Docket*, MS p. 28, c. 64.